

ORDERED in the Southern District of Florida on August 23, 2024.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

SHAPES LOVERS, LLC,   Case No.: 24-18459-LMI
                     Chapter 7
    Debtor.
_____/

### ORDER GRANTING TRUSTEE'S EMERGENCY *EX PARTE* MOTION TO PERMIT TRUSTEE TO DONATE PERISHABLE FOOD ITEMS TO CHARITABLE ORGANIZATIONS AND PERMIT DISPOSAL OF REMAINING ITEMS

THIS MATTER, having come before the Court upon the Chapter 7 Trustee, Marcia T. Dunn's (the "Trustee") *Emergency Ex Parte Motion to Permit Trustee to Donate Perishable Food Items to Charitable Organizations and Permit Disposal of Remaining Items* ("Motion") [D.E. 6], and the Court, having considered the record and the Motion, finds that no hearing is necessary under the circumstances set forth in the Motion, and finds good cause to permit the Trustee to dispose of the perishable items as outlined in the Motion. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1

1. The Motion is **GRANTED**.

2. The Trustee is authorized to donate to 501(c)(3) non-profit organizations any of the perishable and/or other food items of Shapes Lovers, LLC located at the Facility that they will accept.

3. The Trustee is further authorized to dispose of the remaining perishable and/or other food items that are not accepted, by giving away such items or by throwing such items away in the trash.

#    #    #

**Submitted by:**

Michael P. Dunn, Esq.
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

Copy furnished to Attorney Michael P. Dunn, who shall serve a copy of the Order upon all interested parties and file a certificate of service thereon.