IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:

Shapes Lovers, LLC

Case No. 24-18459-LMI
Chapter 7

Debtor(s)
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of Order on Motion to Withdraw as Counsel was served on all CM/ECF registered users via Notice of Electronic Filing, and served by first class United States mail, postage fully prepaid, on all interested parties, on the 2nd day of December, 2024.

By: _____
Frank Carrillo, Esq.
Florida Bar No. 801046
The Carrillo Law Firm
5775 Blue Lagoon Drive, Suite 300
Miami, FL 33126
Telephone: (305) 444-3000
Facsimile: (305) 448-7788
Email: carrillolawfirm@aol.com

Label Matrix for local noticing
113C-1
Case 24-18459-LMI
Southern District of Florida
Miami
Fri Sep 20 17:34:01 EDT 2024

ESPO-USA, Inc.
c/o Bast Amron LLP
One Southeast Third Avenue
Suite 2410
Miami, FL 33131-1712

Shape Lovers, LLC
5485 NW 79th Ave
Miami, FL 33166-4121

ACITECH, LLC
7620 NW 87th CT
Hialeah, FL 33018-6607

Abigail Valdespino
60 Hough Dr
Miami Spring, FL 33166-4977

Ada Jimenez
6365 SW 35 St
Miami, FL 33155-4935

Ada Nino
13 SW 113 Ave Apt 101
Miami, FL 33174-1178

Adelfa Miguel
3135 SW 112 Pl
Miami, FL 33165-2200

Adriana Hurtado
1980 Alamanda Dr
North Miami, FL 33181-2625

Aida Balbuena
1084 NW Flagler Terr
Miami, FL 33125-5042

Aida Fernandez
10340 SW 28 St
Miami, FL 33165-2808

Aileen Falcon
8028 NW 68 St
Miami, FL 33166-2781

Alberto A Gomez
2708 SW 25 St
Lehigh Acres, FL 33971

Aleida Menendez
13281 SW 39 Terr
Miami, FL 33175-3235

Alejandra Linares
18263 SW 142 Ct
Miami, FL 33177-7613

Alessandra Del Rey
2007 NW 77 Ave
Miami, FL 33166-2836

Alfredo Gallo
12661 SW 23 Terrace
Miami, FL 33175-1903

Alfredo Garcia
6487 SW 15 St
Miami, FL 33144-5631

Alfredo Guerra
2705 SW 21 Terr
Miami, FL 33155-6533

Alfredo Marquez
5950 NW 114 Ave
Doral, FL 33178-3660

Alfredo Melchor
7727 SW 86 St Apt A-312
Miami, FL 33143-7283

Alfredo Vallejo
4645 SW 47 Terr
Miami, FL 33175-6878

Alicia Abreu
610 Jeronimo Drive
CoralGables, FL 33146-1348

Alicia M Fineman
12830 SW 43rd Dr Apt 272B
Miami, FL 33175-4155

Alina Baena
7134 SW 69 Ct
Miami, FL 33143-3053

Alina Crespo
4351 SW 13Terr
Miami, FL 33134

Alina Cueva
808 Brickell Key Apt 901
Miami, FL 33131-2685

Alina Martin
160 West 46 St
Hialeah, FL 33012-3315

Alsco
1415 NW 21st Terrace
Miami, FL 33142-7735

Amanda C Valera
14869 Southwest 42nd Street
Miami, FL 33185

| | | |
|---|---|---|
| Amanda Sanchez<br>501 SW 79 Ct<br>Miami, FL 33143-2628 | American Express<br>P.O. Box 6031<br>Carol Stream, IL 60197-6031 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Ampy Fernandez-Gomez<br>1099 SW 28 St<br>Miami, FL 33133-3505 | Ana C Lorenzo<br>1815 W 56 St<br>Hialeah, FL 33012-7302 | Ana Colls<br>11550 SW 113 Place<br>Miami, FL 33176-3820 |
| Ana M Martinez<br>3015 Southwest 87th Place<br>Miami, FL 33165-6744 | Ana Maria Alfonso<br>8520 SW 133 Ave Rd Apt 124<br>Miami, FL 33183-4591 | Ana Maria Diaz<br>2555 Collins Ave Apt 902<br>Miami Beach, FL 33140-4759 |
| Ana Maria Salcedo<br>1981 SW 26 Terr<br>Miami, FL 33165-2655 | Ana Molina<br>6301 Collins Ave Apt 1603<br>Miami Beach, FL 33141-4639 | Ana Perez<br>7017 SW 105 Ct<br>Miami, FL 33173-1333 |
| Ana Vidal<br>2781 SW 103 Ct<br>Miami, FL 33176-4766 | Anabel Medina<br>10181 SW 99 Ave<br>Miami, FL 33176-2877 | Andrea V Arocha<br>8290 Lake Drive<br>Doral, FL 33166-7820 |
| Anette Muller<br>20 SW 22 Rd<br>Miami, FL 33129-1914 | Angel Consulting Solutions<br>17374 Bay Harbor Circle<br>Port Charlotte, FL 33948-2452 | Angela Diaz<br>3667 South Miami Ave Apt 105<br>Miami, FL 33133-4207 |
| Angela Legorburu<br>3701 SW 97 Ave<br>Miami, FL 33176-6867 | Angelith M Perez<br>3055 West 16th Avenue<br>Hialeah, FL 33012-4561 | Anne Marie Reyes<br>791 Crandon Blvd # 905<br>Key Biscayne, FL 33149-2551 |
| Annemarien Faraminan<br>027 Tropicana Pkwy W<br>Cape Coral, FL 33993-7242 | Annie Sanchez<br>8405 SW 91 St<br>Miami, FL 33156-7347 | Annie Slatkoff<br>7544 Bounty Ave<br>North Bay Village, FL 33141-4110 |
| Antonio Melero<br>1293 Keystone Blvd<br>North Miami, FL 33181-2451 | Ariel Lastra<br>6341 Cow Pen road<br>Hialeah, FL 33014-2243 | Ariela Andino<br>6241 SW 116 Place # B<br>Miami, FL 33173-4763 |
| Armando Guerra<br>1928 West Drive Apt 904<br>North Bay Village, FL 33141-5553 | Armando Morales<br>3521 SW 127 Ave<br>Miami, FL 33175-2801 | Arnaldo Garcia<br>7451 NW 74 Ave<br>Miami, FL 33166-2420 |

| | | |
|---|---|---|
| Arturo Weiss<br>9721 E Bay Harbor Dr Apt 6E<br>Bay Harbor Islands, FL 33154-1786 | Aura L Munoz<br>3423 NW 22nd Avenue<br>Miami, FL 33142-5311 | Bags Express<br>1555 NW 97 Avenue<br>Doral, FL 33172-2815 |
| Barbara Gener<br>10040 NW 27 Terrace<br>Doral, FL 33172-1316 | Beatriz Pereira<br>516 San Lorenzo<br>Coral Gables, FL 33146-1341 | Beatriz Santana<br>8363 Lake Dr Apt 504<br>Doral, FL 33166-7737 |
| Belkis Nieto<br>1810 SW 123 Ct Apt M-207<br>Miami, FL 33186-1947 | Bibiana Pesant<br>1307 El Rado<br>Coral Gables, FL 33134-2221 | Blanca Malagon<br>7120 Laurel Lane<br>Miami Lake, FL 33014-2664 |
| Blossman Propane Gas & Appliance<br>1101 FL-7<br>Pompano Beach, FL 33063 | Caesar Costero<br>7801 SW 134 Terrace<br>Pinecrest, FL 33156-6758 | Caraballo Electrical Indistries<br>5810 SW 113th Ct<br>Miami, FL 33173-1039 |
| Carl Vivol<br>1321 SW 57Ave<br>Coral Gables, FL 33144 | Carlos Beihswinger<br>6854 SW 104 Ct<br>Miami, FL 33173-1374 | Carlos Miranda<br>725 Malaga Ave<br>Coral Gables, FL 33134-6516 |
| Carmen Acosta<br>1514 Granada Blvd<br>Miami, FL 33134-5548 | Carmen Alonso<br>500 SW 26 Rd<br>Miami, FL 33129-2229 | Carmen Asseo<br>11925 NW 11 St<br>Hollywood, FL 33026-4364 |
| Carmen Campos<br>1345 NW 161 Terrace<br>Miami Lakes, FL 33016-6624 | Carmen Ferros<br>7955 SW 86 Street Apt 502<br>Miami, FL 33143-7002 | Carmen Fumero<br>15552 SW 11 Terr<br>Miami, FL 33194-2789 |
| Carmen Lostanau<br>11502 SW 87 Ct<br>Cutler Bay, FL 33189-7308 | Carmen Maguirre<br>930 Alguero Ave<br>Coral Gables, FL 33146-2605 | Carmen Morejon<br>9970 North Kendall Dr Apt 910<br>Miami, FL 33176-1731 |
| CarmenLage<br>1155 Brickell Bay Dr Apt # 2002<br>Miami, FL 33131-3220 | Carolina Jacquemin<br>13351 SW 90th Terr Unit #E<br>Miami, FL 33186-1787 | Carolina Murciano<br>1425 N View Dr<br>Miami Beach, FL 33140-4247 |
| Mary R Rodriguez<br>295 West 30 Lane<br>Hialeah, FL 33018-5242 | Cary Santamaria<br>2100 SW 126 Ct<br>Miami, FL 33175-1432 | Casta Salfate<br>17818 SW 144 Ct<br>Miami, FL 33177-2681 |

Catalina Figuera
1439 Fontainblue Blvd Apt 206
Miami, FL 33172-5533

Cecilia Del Rio
7430 SW 88 Place
Miami, FL 33173-3560

Cheney Brothers, INC
One Cheney Way
Rivera Beach, FL 33404-7000

Christy Duarte
101 West 50th Place
Hialeah, FL 33012-3421

Chrysler Capital
P.O. Box 961276
Fort Worth, TX 76161-0276

Cira Garcia-Grande
11101 SW 28 St
Miami, FL 33165-2311

Claudia C Gutierrez
6940 Northwest 42nd Avenue
Miami Gardens, FL 33055-4406

Claudia Gil
7452 SW 143 Ave
Miami, FL 33183-2919

Comcast
P.O Box 105184
Atlanta, GA 30348-5184

Conchita M Dieguez
1425 SW 2 St
Miami, FL 33144-3105

Cristina Arias
12641 SW 78 St
Miami, FL 33183-3517

Cristina Jacomino
7251 SW 78 Place
Miami, FL 33143-4051

Damary D Santos
1765 West 2nd court
Hialeah, FL 33012-6765

Daniel Amezquita
14030 Biscayne Blvd Apt 908
Miami, FL 33181-1550

Daniela Kimel
8614 NW 112 PL
Doral, FL 33178-5617

David De Arnas
74 NW 176 St
Miami, FL 33169-5043

David Orlowsky
9 Islands Ave Apt 2201
Miami Beach, FL 33139-1343

Dayana Cardenas
535 West 25th St
Hialeah, FL 33010-2146

Daymariz Gomez
2601 Ponce De Leon Blvd # 290
Coral Gables, FL 33146-2110

Daysi Alonso
4324 SW 12 St
Miami, FL 33134-2713

Diana Paez-Ramos
7703 SW 129 Place
Miami, FL 33183-4252

Diane Gutierrez
10 Alhambra Circle Apt 303
Coral Gables, FL 33134-4699

Diego M Velasco
7721 Northwest 7th Street
Miami, FL 33126-4017

Dirk Wicke
3739 Collins Ave Apt N 207
Miami Beach, FL 33140-4021

Domingo Roges
1195 SW 1 St Apt 115
Sweetwater, FL 33174-1239

EMCOS INC
P.O.Box 145185
Miami, FL 33114-5185

EPSO-USA, INC
12701 S John Young Parkway, Suite 209
Orlando, FL 32837-3422

Edgar Murillo
10887 NW 17 St Suite 207
Miami, FL 33172-2046

Edgar Perez
1330 NW 84 Ave
Doral, FL 33126-1500

Edilia Camps
13473 SW 27 St
Miami, FL 33175-7135

| | | |
|---|---|---|
| Edilia Iglesias<br>1924 SW 6th St<br>Miami, FL 33174-2335 | Eduardo Mazarrero<br>5400 SW 87 Ave<br>Miami, FL 33165-6739 | Edward Weller<br>5511 SW 78 St Apt A<br>Miami, FL 33143-5647 |
| Efren Morales<br>101 SW 122 Ave Apt 414<br>Miami, FL 33184-2810 | Elene Moya<br>12650 SW 6 St Apt K 313<br>Pembroke Pines, FL 33027-1754 | Elia Grab<br>2910 Point East Dr Apt M 308<br>Aventura, FL 33160-2629 |
| Elia Hernandez<br>10815 SW 112 Ave Apt 213<br>Miami, FL 33176-3218 | Elia Solis<br>10421 SW 157 Place Apt 303<br>Miami, FL 33196-3686 | Elieser Siler<br>540 SW 35 Ave<br>Miami, FL 33135-2530 |
| Eloisa Fernandez<br>11 Granada Blvd<br>Coral Gables, FL 33134-2409 | Eloisa Zayas-Bazan<br>342 SW 23 Rd<br>Miami, FL 33129-1924 | Elvira Casal<br>600 Biltmore Way #919<br>Miami, FL 33134-7533 |
| Emilia O'Brien<br>810 NW 74th Ave<br>Miami, FL 33166-5512 | Emilio Diaz<br>9700 SW 144 St<br>Miami, FL 33176-6751 | Emma Rodriguez<br>11807 SW 102 St<br>Miami, FL 33186-2737 |
| Enrique Garcia<br>1970 NW 190 Lane<br>Hialeah, FL 33015-2746 | Enterprise Rent A Car<br>3900 NW 25th St<br>Miami, FL 33142-6705 | Erick Veloz<br>849 NE 116 St<br>Biscayne Park, FL 33161-6331 |
| Ernesto Corzo<br>10040 East Calusa Clock St<br>Miami, FL 33186-2342 | Esther De Varona<br>2001 Biscayne Blvd Apt 2207<br>Miami, FL 33137-5010 | Esther Monteagudo<br>533 Collins Ave Apt 706<br>Miami Beach, FL 33139-6696 |
| Estrella Moussawel<br>1455 SW 35 St<br>Miami, FL 33165-4003 | Estrella Rangel<br>91 Shore Drive<br>West Miami, FL 33133-2619 | Eulalia Diaz<br>13824 Kendall Lakes Dr<br>Miami, FL 33183-2110 |
| Europan Corp<br>400 E 10th Ct<br>Hialeah, FL 33013-2523 | Europan Corp<br>PO Box 227784<br>Miami, FL 33222-7784 | Eyllin Pombo<br>2222 NE 2 Ave Apt 537<br>Miami, FL 33137-5489 |
| Fidel A Gomez Hernandez<br>7800 Northwest 67th Avenue<br>Hialeah, FL 33015-3800 | Flora Torra<br>8835 SW 42 Terr<br>Miami, FL 33165-5323 | Florida Power & Light<br>4200 W FLAGLER ST<br>RRD/LFO BKY<br>CORAL GABLES, FL 33134-1606 |

Francisco Criado
110 Alesia Ave
Coral Gables, FL 33134-7304

Francisco Guerra Torres
12401 W OKEECHOBEE RD LOT 324
HIALEAH GARDENS, FL 33018-2938

Frank Estevanell
8103 Coral Way
Miami, FL 33155-1226

Franklin Canas
155 North East 15 St Apt D16
Miami, FL 33132-1431

Franncisco Guerra Torres
12401 West Okeechobee Road
Hialeah, FL 33018-2924

GLADIZ VILLALBA
14917 SW 8 TERRACE
MIAMI, FL 33194-2759

Georgina Cereijo
1410 West Flagler St Apt 402
Miami, FL 33174-2042

Georgina Hugues
9040 SW 125 Ave
Miami, FL 33186-7103

Gilberto Gonzalez
9101 SW 19 St
Miami, FL 33165-8228

Gilberto Morales
1812 SW 103 Lane
Miami, FL 33186-8539

Gilda La Paz
600 Biltmore Way Apt 609
Coral Gables, FL 33134-7530

Gilda Santalla
15521 SW 21 Terr
Miami, FL 33185-5870

Hilda Serna
114 NW 64 Ct
Miami, FL 33126-4559

Gisela Pujol
8999 SW 123 Ct Apt 203
Miami, FL 33186-1994

Gladiz N Villalba
2708 SW 25 St
Lehigh Acres, FL 33971

Gladys Jourdain
510 Madrid Street
Coral Gables, FL 33134-2234

Gordon Food Services, INC
3301 NW 125th St
Miami, FL 33167-2409

Graciela Delgadillo
7741 NW 7 St Apt 511
Miami, FL 33126-6119

Gregory Mislow Jr
8470 SW 206 St
Miami, FL 33187-3332

Guarionex Alvarez
50 Ocean Lane Drive Apt 108
Key Biscayne, FL 33149-1442

Gueisha Garcia-Saez
3051 W Flagler St
Miami, FL 33135-1257

Guillermo Freixas
1402 Brickell Bay Dr #1201
Miami, FL 33131-3672

Guillermo Puente
1005 Pizarro St
Coral Gables, FL 33134-2583

Gustavo Echenique
11521 SW 100 Ave
Miami, FL 33176-4162

Harold Thom
7715 NW 48 St Suite 310
Miami, FL 33166-5473

Hilda Bellido
2899 Collins Avenue
Miami Beach, FL 33140-4433

Hildegar Soler
7886 SW 106 Circle
Miami, FL 33173-2954

Hobby Press, dba Executive Printers of Flori
1001 nw 74 ave
Medley, FL 33166
Medley, FL 33166-7507

Ileana Jacobson
9121 SW 45 St
Miami, FL 33165-5945

Ileana Perez-Quintairos
6655 SW 69 LN
Miami, FL 33143-3281

| | | |
|---|---|---|
| nes Triay<br>801 SW 99 Ave<br>Miami,FL 33165-7662 | International Grease Trap Corp<br>7931 W 31st Ct<br>Hialeah,FL 33018-3852 | Irvin Diaz<br>9545 SW 29 St<br>Miami,FL 33165-3017 |
| solina Santiago<br>30 NW 60 Ave<br>Miami,FL 33126-3146 | Ivette Navarro<br>3710 SW 69 Ave<br>Miami,FL 33155-3759 | Jacqueline Rivera<br>1330 W 35 St<br>Hialeah,FL 33012-4829 |
| amile Medina<br>875 NW 26th St<br>Miami,FL 33172-1626 | Jan-Pro of Southwest Florida<br>13700 Cypresss Terrace Cir.<br>Fort Myers,FL 33907-8819 | Janeth Gonzalez<br>6430 SW 105 Ct<br>Miami,FL 33173-1361 |
| annessa Jorge<br>528 West 14th Ave<br>Hialeah,FL 33012-4708 | Japonesa Read<br>9713 SW 134 PL<br>Miami, FL 33186-2258 | Javier Jorge<br>1505 NW 119 St<br>Miami,FL 33167-3117 |
| eanline D Petit<br>750 Northwest 186th Street<br>Hialeah, FL 33015-3312 | Jeannett Sierra<br>105 Minorca Ave<br>Coral Gables,FL 33134-4509 | Jennifer Ford<br>440 Santander Ave Apt 1<br>Coral Gables,FL 33134-6544 |
| essica Freyre<br>515 SW 29th Street<br>Miami, FL 33155-2718 | Jessica Hernandez<br>1690 SW 57 Ave<br>Miami,FL 33155-2135 | Jessica Lemus<br>2025 NW 102 Ave<br>Doral,FL 33172-2233 |
| oaquin Garcia<br>500 SW 87 Ave<br>Miami,FL 33173-5426 | John Medina<br>9920 NW 28 Terr<br>Miami,FL 33172-1336 | John Moorman II<br>5730 SW 52 Terr<br>Miami,FL 33155-6329 |
| ohn Pedraza<br>750 NW 107 Ave Apt M-701<br>Miami ,FL 33172-2938 | John Perez<br>11815 SW 102 St<br>Miami,FL 33186-2737 | Jorge Martin<br>8909 SW 5 Lane<br>Miami,FL 33174-2302 |
| orge Palacios<br>481 SW 3 Ave<br>Miami,FL 33145-3913 | Jose Ardilla<br>600 Biltmore Way<br>Miami,FL 33134-7541 | Jose Gonzalez<br>10475 SW 78 St<br>Miami,FL 33173-2908 |
| ose I Roza<br>446 SW 9 St<br>Miami,FL 33144-4822 | Jose Oliveros<br>9216 SW 149 PL<br>Kendall,FL 33196-1661 | Jose R Castro<br>2150 SW 4 St<br>Miami, FL 33135-1814 |

Jose Rodriguez
1721 Alcantara Ave
Doral, FL 33178-2361

Josefa Gonzalez
3410 SW 21 St
Miami, FL 33145-2208

Josefa Long
12520 SW 29 Terr
Miami, FL 33175-2116

Joseph Yanes
10851 SW 30 St
Miami, FL 33165-2417

Juan Esqquivel
1280 South Alhambra Circle Apt 1216
Miami, FL 33146-3161

Juan Rodriguez
1079 West 29 Street Apt 101
Hialeah, FL 33012-5055

Juan Sevilla
1301 SW 124 Ave Apt 107
Miami, FL 33183-4606

Juana M Fuentes
1930 NW 24 Ct
Miami, FL 33125-1216

Juanita Urribarri
12815 SW 49 Terr
Miami, FL 33175-5403

Julia Jimenez
1300 SW 125 Ave Apt 311
PembrokePine, FL 33027-4077

Julia Riano
16651 NW 89 Place
Miami Lake, FL 33018-6141

Karen Miranda
66 North East 5th Avenue
Hialeah, FL 33010-5043

Karen R Rodriguez
1200 Brickel Bay Dr Apt 3108
Miami, FL 33131-3268

Karla Fernandez
5430 SW 151 PL
Miami, FL 33185-4009

Katina Sicre
7703 SW 84 Place
Miami, FL 33143-3747

Keidy J Caldwell
1944 Woodlake Dr.
Fleming Island, FL 32003-7226

Keidy J Caldwell
3300 SW 17th St
Miami, FL 33145-1822

Kenya Diaz
300 Sevilla Ave Ste 305
Coral Gables, FL 33134-6624

Latarshe K McCuthin
7350 SW 89th Street 3105
Miami, FL 33156-7683

Latarshe McCuthin
7350 SW89th Steet
310s
Miami, FL 33156

Laura A Ledezma
8899 Northwest 107th Court
Miami, FL 33178-2138

Laura Lopez
1034 SW 98 Ct
Miami, FL 33165-2953

Lazara Pena
2101 SW 64 Ave
Miami, FL 33155-1954

Le Kitchen Solutions LLC
8840 NW 11th Ct
Pembroke Pines, FL 33024-4711

Lenia D Hernandez
545 West 29th Street
Hialeah, FL 33012

Leonardo Cuellar
600 NE 36 St Apt 2001
Miami, FL 33137-3962

Lesmais Quintero
11059 Northwest 6th Terrace
Miami, FL 33172-3656

Leticia Diaz
100 Paradiso Ave
Coral Gables, FL 33146-2057

Lilia Ruga
520 Brickell Key Dr Apt 1007
Miami, FL 33131-2660

Lilian Abreu
425 NE 114 St
Miami, FL 33161-6650

Lilian Hagen
625 NW 99th Avenue
Doral, FL 33178-3352

Liliana Cunill
11462 SW 72 Terrace
Miami, FL 33173-2673

Lina Miranda
888 South Douglas Apt 811
Miami, FL 33134-7567

Lixette Diaz Norman
4100 Coral Way
Miami, FL 33165-2066

Loli Garcia
1521 Bella Vista Ave
Miami, FL 33156-6464

Lorena Arbulu
4250 Biscayne Blvd Apt 1609
Miami, FL 33137-3284

Lourdes Cantillo
7545 SW 55 Lane South
Miami, FL 33155-6416

Lucia Muniz
1408 Brickell Bay Apt 515
Miami, FL 33131-3623

Lucila Garcia
7805 Camino Real Apt H115
Miami, FL 33143-6850

Luis Gomez
108 NW 130 Ave
Doral, FL 33182-2346

Luis Hernandez
4291 SW 6 Street
Miami, FL 33134-1905

Luis Roca
10701 SW 211 St
Cutler Bay, FL 33189-2803

Luis Romero
100 Andalusia Ave Apt 701
Coral Gables, FL 33134-6129

Luis Torres
625 Alhambra Circle
Coral Gables, FL 33134-3704

Luis Villanueva
13268 SW 143 Terr
Miami, FL 33186-8367

Luisa Cueto
10810 SW 67th Dr
Miami, FL 33173-2045

Luz Jaramillo
2211 SW 129 Ave
Miramar, FL 33027-2652

Lydia Blineau
601 SW 141st Ave Apt 103
Pembroke Pines, FL 33027-1517

Lynn Guarch-Pardo
121 Cadima Ave
Coral Gables, FL 33134-7147

Madeleine Longaray
9417 SW 8 Terr
Miami, FL 33174-3021

Magalys Isern
8230 SW 43 Terrace
Miami, FL 33155-4217

Maggie Sicre
5775 Collins Ave
Miami Beach, FL 33140-3262

Malila Fiol
2135 Keystone Blvd
Miami, FL 33181-2610

Manuel Alonso
235 NW 60 Ct
Miami, FL 33126-4623

Manuel Castellanos
145 West Park Drive Apt 205
Miami, FL 33172-3972

Manuel Gago
2100 SW 17 Ave
Miami, FL 33145-2706

Manuel Romero
5851 NW 35 Ave
Miami, FL 33142-2001

Marcelo Sanchez
10515 SW 165 Terr
Miami, FL 33157-3062

Margarita Cordo
12755 SW 34 St
Miami, FL 33175-2731

Margarita Souto
8104 SW 81 Place
Miami, FL 33143-6613

| | | |
|---|---|---|
| lari Maranges<br>1880 SW 68 Ct<br>Miami, FL 33156-3050 | Maria A Alfonso<br>193 Fisherman St<br>Opa Locka, FL 33054-3836 | Maria A Alfonso Pena<br>193 fisherman st apt 191<br>opalocka, FL 33054-3836 |
| Maria Banos<br>188 South Douglas Rd Apt 1211<br>Coral Gables, FL 33134-7569 | Maria Bello<br>9021 NW 166 Terrace<br>Miami Lakes, FL 33018-6332 | Maria Cao<br>1690 W 79th St<br>Hialeah, FL 33014-3234 |
| Maria Carrera-Oliva<br>1445 SW 80th PL<br>Miami, FL 33143-7042 | Maria Cecilia Mas<br>9090 SW 57 Terr<br>Miami, FL 33173-1672 | Maria Cordova<br>7403 SW 82 St Apt 212<br>North Miami, FL 33143-7601 |
| Maria Costa<br>761 SW 20 St<br>Miami, FL 33155-6501 | Maria Cristina Velarde<br>10001 SW 82 St<br>Miami, FL 33173-4007 | Maria Duque<br>14339 SW 62nd St<br>Miami, FL 33183-1905 |
| Maria Escagedo<br>1040 SW 139 Terrace<br>Miami, FL 33158-1150 | Maria Fernandez<br>357 W 58 St<br>Hialeah, FL 33012-2619 | Maria Fernandez<br>5881 NW 151 St Suite 120<br>MiamiLakes, FL 33014-2442 |
| Maria Gil<br>1929 Ponce De Leon Blvd<br>Coral Gables, FL 33134-7323 | Maria Gondelberg<br>3980 SW 60th Ct<br>Miami, FL 33155-5021 | Maria Gonzalez<br>33 Malaga Ave<br>Coral Gables, FL 33134-6905 |
| Maria Gonzalez<br>730 Swan Avenue<br>Miami Springs, FL 33166-4328 | Maria Guida<br>7881 SW 13 Terr<br>Miami, FL 33144-5201 | Maria Gutierrez<br>2200 Park Lane<br>Hollywood, FL 33021-3778 |
| Maria Lopez<br>1905 SW 4 St<br>Hialeah, FL 33015 | Maria Luisa Wells<br>740 NW 25 Ave Apt 104<br>Miami, FL 33125-3147 | Maria Mayer<br>5505 Sardina Street<br>Coral Gables, FL 33146-2647 |
| Maria Paredes<br>123 Velarde Ave<br>Coral Gables, FL 33134-7044 | Maria Ramsfoyo<br>3550 SW 123 Ct<br>Miami, FL 33175-3042 | Maria Rivas<br>20100 SW 106 Ct<br>Cutler Bay, FL 33189-1326 |
| Maria Romero<br>0 Aragon Ave Apt 1520<br>Coral Gables, FL 33134-5329 | Maria Santallana<br>2741 SW 92 Ct<br>Miami, FL 33165-3127 | Maria Serra<br>2750 North 29 Ave<br>Hollywood, FL 33020-1521 |

| | | |
|---|---|---|
| Maria Soto<br>1970 W Flagler #108<br>Miami, FL 33174-3961 | Maria Valenzuela<br>16492 NE 27 Avenue<br>North Miami Beach, FL 33160-4009 | Mariaelena Fernandez<br>17455 NW 75 PL Apt 111<br>Hialeah, FL 33015-7137 |
| Mariaelena Villamil<br>1655 Le June Rd Suite 541<br>Coral Gables, FL 33134-5832 | Maribel Sabates<br>275 Giralda Ave<br>Coral Gables, FL 33134-5079 | Marilyn Fonts<br>721 Minorca Ave<br>Coral Gables, FL 33134-3758 |
| Marina Galvis<br>1205 SW 132nd Ct<br>West Miami, FL 33186-7910 | Mario Ramirez<br>129 Corydon Dr<br>Miami Springs, FL 33166-5016 | Mariola Camero<br>1444 Baracoa Ave<br>Miami, FL 33146-1908 |
| Marisol Romero<br>55 Alhambra Circle Suite 500<br>Coral Gables, FL 33134-7417 | Marlen Castellanos<br>1129 W 70 Place<br>Hialeah, FL 33014-5112 | Marlene Perez<br>19133 NW 81 St Place<br>Hialeah, FL 33015-5203 |
| Marlene Rojas<br>7150 SW 72 Ave<br>Miami, FL 33143-7744 | Marlene Uria<br>19240 W Saint Andrews Dr<br>Hialeah, FL 33015-2336 | Marry-Lou Pasternac<br>42 Marabella Ave<br>Coral Gables, FL 33134-1828 |
| Marta Cosculluela<br>300 Biltmore Way Unit 1003<br>Coral Gables, FL 33134-7533 | Marta Muniz<br>1805 Ponce De Leon Blvd Apt 823<br>Coral Gables, FL 33134-4464 | Marta Velayo<br>805 Milan Ave<br>Coral Gables, FL 33134-3611 |
| Martha Alonso<br>1121 SW 122 Ct<br>Miami, FL 33175-7313 | Martha Benites<br>2200 SW 83 Ave<br>Miami, FL 33155-1142 | Martha Diaz<br>5711 SW 27 St<br>Miami, FL 33155-3132 |
| Martha Iacobucci<br>8311 SW 89 Ct<br>Miami, FL 33165-6613 | Martha Loret De Mola<br>10215 SW 91 Terr<br>Miami, FL 33176-1764 | Martha M Gonzalez<br>5770 NW 99 Place<br>Doral, FL 33178-2676 |
| Martha Rey<br>1071 SW 38 Ave<br>Miami, FL 33146-1520 | Martha Rodriguez<br>4350 NW 2nd Terr<br>Miami, FL 33126 | Martha Sanchez<br>3307 SW 87 PL<br>Miami, FL 33165-4217 |
| Maryolis L Bracho<br>1750 NW 186th St<br>Hialeah, FL 33015-3312 | Maureen Vera Garcia<br>1330 SW 76 Ct<br>Miami, FL 33144-4454 | Mayda Perez<br>6290 SW 50 St<br>Miami, FL 33155-6243 |

Mayra Cortes
420 Brickell Bay Drive Apt 802
Miami, FL 33131-3627

Mayte Cabada
35 Palermo Ave
Miami, FL 33134-6907

Melania Marcenaro
2921 SW 10 St Apt 46
Miami, FL 33135-4581

Melida Leon
627 SW 37 Ave Apt 404
Miami, FL 33145-1749

Mercedes Ponce
1252 San Miguel Ave
Coral Gables, FL 33134-2355

Mercedes Sanguinetty
9741 SW 72 Ct
Miami, FL 33156-2911

Mercy Garcia
7768 NW 129 Terrace
Hialeah Gardens, FL 33018-7411

Michale Lobo
1938 SW 6 St
Miami, FL 33135-3208

Milagros Diaz
5441 East 3 Ave
Hialeah, FL 33013-1506

Milagros Mcclung
4114 SW 45 Terr
Miami, FL 33175-3622

Mimi Korman
1735 NE 124 St Apt 301
NorthMiami, FL 33181-2715

Mireya Delgado
200 SE 15 Rd Apt 6G
Miami, FL 33129-1161

Miriam Blanco
920 SW 142nd Avenue Apt707
Miami, FL 33186-7848

Miriam Gomez
15216 SW 43rd Ct
Miramar, FL 33027-3387

Miriam Lopez
4225 University Dr
Coral Gables, FL 33146-1140

Miriam Ortega
025 Collins Ave #2406
Miami Beach, FL 33140-2785

Miriam R Rodriguez
16060 SW 69 Terrace
Miami, FL 33193-3484

Mirian Lang
8000 SW 11 St
Miami, FL 33144-4316

Mirta Cerra
7800 SW 20 St
Miami, FL 33155-6504

Moises Kriger
3500 Mystic Point Dr Apt 903
Miami, FL 33180-2580

Monica Blackerby
7190 SW 87 Ave #207
Miami, FL 33173-2542

Monica McGale
807 SW 82 Ave #15
Miami, FL 33155-6785

Monica Roberts
10586 NW 51 St
Doral, FL 33178-3208

Monica Sabates
5101 Collins Ave Unit PH-E
Miami Beach, FL 33140-2738

Moralinda Gendron
511 SW 78 St
Miami, FL 33143-5647

Nancy Hoyos
3667 South Miami Ave Apt 306
Miami, FL 33133-4216

Nancy Llopez
6200 West Flagler Apt 208
Miami, FL 33144-3049

Nancy Moreno
7500 SW 87th Ave Suite 200
Miami, FL 33173-5426

Nancy Piloto
7007 NW 77 Ave
Miami, FL 33166-2836

Near Solutions Team Group
6703 SW 116th Ct Apt C
Miami, FL 33173-1751

| | | |
|---|---|---|
| Nelia Gonzalez<br>9180 SW 85 St<br>Miami, FL 33173-4573 | Nelida Berndes<br>7421 NW 7 St<br>Miami, FL 33126-2906 | Nelly Ruiz<br>4668 NW 107 Ave Apt 1601<br>Doral, FL 33178-4246 |
| Nettie Alvarez<br>3171 NW 19 St<br>Hollywood, FL 33028-2524 | Neyda Cenal<br>8825 SW 42 Terrace<br>Miami, FL 33165-5323 | Neyda Raola<br>7315 SW 38 St<br>Miami, FL 33155-6609 |
| Nidia Valdez<br>110 SW 51 Ct<br>Miami, FL 33134-1331 | Nieves Del Rio<br>6520 SW 19 St<br>Miami, FL 33155-1812 | Nilda Gomez<br>3211 Ponce De Leon Blvd Suite 301<br>Miami, FL 33134-7274 |
| Nury Espinel<br>9735 SW 114 Ct<br>Miami, FL 33176-2584 | Odalys Fernandez<br>14630 South West 51st St<br>Miami, FL 33175-5742 | Odalys Villarreal<br>10251 SW 128 Ave<br>Miami, FL 33186-2319 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Olga Del Valle<br>600 Biltmore Way Apt 915<br>Coral Gables, FL 33134-7533 | Olga Fernandez<br>7910 Camino Real<br>Miami, FL 33143-6740 |
| Olga Fragas<br>9955 Camino Circle<br>Miami, FL 33143-6706 | Olga Ibarra<br>7169 W 30 Lane<br>Hialeah, FL 33018-5279 | Olga Llanes<br>10340 SW 54 St<br>Miami, FL 33165-7009 |
| Olga M Elias<br>7757 SW 86 St Apt C-416<br>Miami, FL 33143-7217 | Olga Madruga<br>520 Brickell Key Dr Apt 1000<br>Miami, FL 33131-2660 | Olga Ochoa<br>7703 Camino Real #A-311<br>Coral Gables, FL 33143-7126 |
| Ondina Gonzalez<br>5601 SW 117th Ave<br>Miami, FL 33175-1712 | Onelia R Rodriguez<br>1932 SW 24 Terr<br>Miami, FL 33145-3729 | Oria M Perez<br>575 Candon Blvd Apt 906<br>Key Biscayne, FL 33149-1872 |
| Oscar Calleja<br>7600 SW 149 St<br>Palmetto Bay, FL 33158-2158 | Oscar Montero<br>250 NW 107 Ave Apt 101<br>Miami, FL 33172-3830 | Oscar Stadhagen<br>8325 SW 72 Ave #210<br>Miami, FL 33143-7695 |
| Osvaldo Melendez<br>809 NW 98 Ave<br>Pembroke Pines, FL 33024-1456 | Osvaldo Vela<br>8455 SW 107 St<br>Miami, FL 33156 | Patricia Callahan<br>13032 Mar St<br>Miami, FL 33156-6428 |

| | | |
|---|---|---|
| Patricia Fonseca<br>1824 Corporate Way<br>Miramar, FL 33025-6546 | Patricia Forte<br>9415 SW 35 St<br>Miami, FL 33165-4003 | Patricia Lee<br>1527 Zoreta Ave<br>Miami, FL 33146-2432 |
| Patricia Martinez<br>1951 NE Bayshore Ct Apt E-1514<br>Miami, FL 33138-6399 | Patricia Romeu<br>281 Glendale Dr<br>Miami Springs, FL 33166-5021 | Paula Suarez<br>7410 SW 21 St<br>Miami, FL 33155-1411 |
| Pedro Diaz<br>1530 SW 38 St<br>Miami, FL 33155-6614 | Pedro Echevarria<br>7843 SW 71 Ave<br>Miami, FL 33143-4314 | Pedro Forment<br>460 NE 50 Terrace<br>Miami, FL 33137-3019 |
| Perla Consuegra<br>11439 SW 84 Lane<br>Miami, FL 33173-4241 | Perla Leon-Velarde<br>7350 SW 89 St Apt 614<br>South Miami, FL 33156-7865 | Perla Martinez<br>3110 SW 98 Ave<br>Miami, FL 33165-2946 |
| Peter Biava<br>1975 SW 86 St Apt 201<br>Miami, FL 33143-7044 | Peter P Flores<br>5313 NW 3rd St<br>Miami, FL 33126-4905 | Pilar Cueto<br>9805 SW 21 St<br>Miami, FL 33165-7503 |
| Pilar Rodriguez<br>3000 SW 15 Ct Apt U311<br>Pembroke Pines, FL 33027-2462 | Protano's Bakery<br>2301 N 22nd Avenue<br>Hollywood, FL 33020-2003 | R.L.Shreiber, INC<br>2745 W Cypress Creek Rd B<br>Fort Lauderdale, FL 33309-1721 |
| Rachel Gonzalez<br>10815 SW 112 Ave Apt 215<br>Miami, FL 33176-3218 | Ramon Rodriguez<br>9409 Carlyle Ave<br>Surfside, FL 33154-2445 | Raquel Bernardo<br>10908 NW 62 Terrace<br>Doral, FL 33178-2850 |
| Raquel Blanco<br>148 E 40 St<br>Hialeah, FL 33013-2333 | Raul Hernandez<br>142 W 38 St<br>Hialeah, FL 33012-4404 | Raul Martinez<br>8845 SW 10 Terr<br>Miami, FL 33174-3236 |
| Regina Alvarez<br>170 W 33 St<br>Hialeah, FL 33012-5156 | Richard Lara<br>7007 NW 77 Ave<br>Miami, FL 33166-2836 | Rita Ferro<br>3000 Alhambra Circle<br>Coral Gables, FL 33134-6204 |
| Rita Geada<br>1655 Collins Ave Apt 2406<br>Miami Beach, FL 33140-4766 | Rita M Gonzalez<br>6111 SW 14 St<br>Miami, FL 33144-5747 | Robert Kulpa<br>8565 SW 114 Ct<br>Miami, FL 33173-4243 |

Rosa Amezaga
330 SW 97 Ave
Miami, FL 33174-1384

Rosa Arcoy
8840 Bird Road
Miami, FL 33165-5484

Rosa Camino
1600 SW 82 Place
Miami, FL 33155-1130

Rosa Espinosa
7007 NW 77 Ave
Miami, FL 33166-2836

Rosa Masdeu
5328 SW 153 Place
South Miami, FL 33185-4192

Rosalyn Long
7975 NW 54 St
Doral, FL 33166-4027

Rosario Beruvides
8121 SW 82 Ct
Miami, FL 33155-2445

Rosie Giacosa
600 Biltmore Way PH 109
Coral Gables, FL 33134-7535

Rossy Gonzalez
9871 SW 32 St
Miami, FL 33165-2938

Roxymar Aranjo
1750 Northwest 186th Street
Hialeah, FL 33015-3312

Roy Sandri
8490 NW 68 St
Miami, FL 33166-2661

Rubi Rodriguez
2800 SW 27th Terr #1802
Miami, FL 33133-3087

Ruby Keller
7928 W Dr Apt 905
North Bay Village, FL 33141-5553

Rujayne Caceres Garcia
6765 West 2nd Court
Hialeah, FL 33012-6765

Sabina Rotella
830 W 81 Place
Hialeah, FL 33014-3514

Sacha Sanchez
141 NW 2nd Ave Unit 7
Hallandale, FL 33009-4145

Sady R Andino
2268 SW 31 Ave
Miami, FL 33145-3153

Sandra Babun
8771 SW 56 St
Miami, FL 33165-6755

Sarahis Ramos
1085 NW 16 St
Miami, FL 33125-1925

Sebastian Padron
4141 SW 6 Street
Coral Gables, FL 33134-2057

Sergio Negreira
4538 SW 15 St
Miami, FL 33134-3709

Silvia Cabrera
1254 SW 164 Ct
Miami, FL 33185-5289

Silvia Fonseca Fernandez
5460 E 6th Ave
Hialeah, FL 33013-1636

Silvia Forment
36 Varagua Avenue
Coral Gables, FL 33134-1851

Silvia Fundora
1604 Leonardo St
Miami, FL 33146-3312

Socorro Cadena
2501 Brickell Ave Apt 702
Miami, FL 33129-2460

Sofia Valencia
6155 NW 105 Ct Apt 6104
Miami, FL 33178-6706

Sonia Mora
7601 SW 122 St
Pinecrest, FL 33156-5215

Sonia Osle
522 SW 101 Place
Miami, FL 33174-1852

Steven Hertz
610 Fluvia Ave
Coral Gables, FL 33134-7016

| | | |
|---|---|---|
| tiven Lopera<br>0 Menores Ave Apt 711<br>oral Gables,FL 33134-4083 | Suley Garcia<br>676 SW 2nd Ct<br>Hialeah, FL 33012 | Sylvia Gonzalez<br>7030 SW 19 Terrace<br>Miami,FL 33155-1617 |
| ysco South Florida,INC<br>2500 Sysco Way Medley<br>edley, FL 33178-1055 | TGI Office Automation INC<br>5757 Waterford District Dr Suite 230<br>Miami,FL 33126-2364 | Tamara Martinez<br>7101 SW 16 Terr<br>Miami,FL 33155-1696 |
| ere Camacho<br>2990 SW 63 Terrace #601<br>iami,FL 33183-5243 | Teresa Fernandez<br>630 SW 27 Rd<br>Miami,FL 33129-2243 | Teresa Hernandez<br>14825 SW 82 St<br>Miami,FL 33193-1551 |
| eresa Vadespino<br>0 Hough Dr<br>iami Spring,FL 33166-4977 | Teresita Alvarez<br>1219 Country Club Prado<br>Coral Gables,FL 33134-2183 | Teresita Galletti<br>3667 South Miami Avenue Apt 417<br>Miami,FL 33133-4217 |
| he Washington Consulting Group<br>11 North Union Street<br>lexandria, VA 22314-2643 | Thelma Hayes<br>10031 NW 27 Terr<br>Doral,FL 33172-1315 | USDA-Food Safety & Inspection SVC<br>1400 Independece Ave<br>Washington,DC 20250-0002 |
| line<br>2575 Uline Drive<br>leasant Prairie, WI 53158-3686 | Ultrafresh LLC<br>5055 Collins Avenue Suite #SB<br>Miami Beach, FL 33140-2754 | United Comm & Protection,INC<br>13117 NW 10th Avenue<br>Hialeah,FL 33018 |
| rbano Rodriguez<br>69 Tamiami Canal Rd<br>iami, FL 33144-2544 | Victor Gutierrez<br>5555 SW 92 Ave<br>Miami, FL 33165-6536 | Virginia Hinkel<br>8518 SW 103 Ave<br>Miami,FL 33173-3957 |
| ivian Chavez<br>520 Catalonia Ave<br>iami,FL 33134-6258 | Vivian Morel<br>11201 NW 7th St Apt 202<br>Miami,FL 33172-3592 | Vivian Moreno<br>11369 SW 40 St<br>Miami,FL 33165-4420 |
| ivian Sanchez<br>555 Collins Ave #2302<br>iami Beach,FL 33140-4755 | Wells Fargo Vendor Financial Services, LLC<br>1010 Thomas Edison Blvd MAC #F0006-<br>Cedar Rapids, IA 52404-8247 | Wells Fargo Vendor Financial Services,LLC<br>P.O.Box 10335<br>Des Moines,IA 50306-0335 |
| anisel Chang<br>6130 NW 18 Ct<br>pa Locka, FL 33054-2152 | Yeline Roldan<br>1254 Coral Way<br>Miami,FL 33134-4772 | Yolanda Carneiro<br>16242 SW 62nd Terrace<br>Miami, FL 33193-4467 |

| | | |
|---|---|---|
| Yolanda Rojas<br>150 Ocean Lane Dr Apt 7H<br>Key Biscayne, FL 33149-1417 | Yolanda Tellechea<br>3551 SW 152 Passage<br>Miami, FL 33185-4837 | Yulien Gonzalez<br>309 W 18 St<br>Hialeah, FL 33010-2528 |
| Zeida Orbea<br>18681 SW 93 Ave<br>Miami, FL 33157-7945 | Zenon M Zamora<br>13911 SW 74 Terr<br>Miami, FL 33183-3003 | Zoe Pena<br>9431 Toni Dr<br>Cutler Bay, FL 33157-8753 |
| Frank Carrillo<br>1775 Blue Lagoon Dr. # 300<br>Miami, FL 33126-2071 | Keidy Caldwell<br>1944 Woodlake Drive<br>Fleming Island, FL 32003-7226 | Marcia T Dunn<br>66 West Flagler Street, Ste 400<br>Miami, FL 33130-1877 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) Miami | (d) 3Citech<br>17620 NW 87th Ct<br>Hialeah, FL 33018-6607 | (u) Ada Rodriguez<br>11765 SW 135 Ct<br>Miami, F L33186 |
| (u) Lourdes Abraham<br>1825 W Flagler St Apt 206<br>Miami, F L33144 | (d) Peter P Flores<br>5313 NW 3rd St<br>Miami, FL 33126-4905 | End of Label Matrix<br>Mailable recipients   488<br>Bypassed recipients    5<br>Total                 493 |

# Mailing Information for Case 24-18459-LMI

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Frank Carrillo**    frankcarrillolawfirm@gmail.com
- **Dain De Souza**    ddesouza@bastamron.com, jmiranda@bastamron.com
- **Marcia T Dunn**    mdunn@dunnlawpa.com, acastro@dunnlawpa.com;slebron@dunnlawpa.com;ecf.alert+dunn@titlexi.com
- **Michael P Dunn**    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;acastro@dunnlawpa.com;cbautista@dunnlawpa.com
- **Hunter James Grasso**    hgrasso@bastamron.com, jmiranda@bastamron.com;kszolis@bastamron.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Keidy Caldwell**
1944 Woodlake Drive
Fleming Island, FL 32003

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.